### Clarence A. G. Kuipers, Appellee, v. Math. Thome, Appellant.

### Gen. No. 18,374. (Not to be reported in full.)

Appeal from the Superior Court of Cook County; the Hon. RICHARD E. BURKE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action in behalf of Clarence A. G. Kuipers, a minor, by Annie E. Kuipers, his next friend, to rescind a contract and to recover one thousand dollars advanced thereunder, on ground of infancy. From a decree re-

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

scinding the contract and ordering a return of the money advanced, defendant appeals.

THORNTON & CHANCELLOR, for appellant.

ALBERT GOETZ, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. INFANTS, § 23*—*when may rescind partnership agreement.* A minor entering into a partnership agreement and advancing money for a half interest in the business may, on ground of infancy, file bill to rescind the agreement and recover the sum advanced.

2. INFANTS, § 23*—*when may repudiate contract.* An infant having advanced money upon a contract, voidable because of his infancy, may repudiate the contract and recover the money advanced.

3. INFANTS, § 23*—*grounds for rescission of contract.* Infant is entitled to relief on bill to rescind contract without any averments concerning fraud and misrepresentations.